■ In the Matter of ROBERTO VASQUEZ, Appellant, v IVELIS MEDINA, Respondent. [851 NYS2d 889]—

The determination of visitation is within the sound discretion of the trial court based upon the best interests of the child, and its determination will not be set aside unless it lacks a sound and substantial basis in the record (*see Cashel v Cashel,* 46 AD3d 501 [2007]). Here, the Family Court's determination has a sound and substantial basis in the record to promote the best interests of the child by denying the father visitation. Spolzino, J.P., Santucci, Angiolillo and Carni, JJ., concur.